AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Andrew John Drabic<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         5:22MJ1047-AMK<br>)<br>)<br>) |

**FILED**
3:59 pm Feb 17 2022
Clerk U.S. District Court
Northern District of Ohio
Akron

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **Sept 29, 2019 - Jan 7, 2022** in the county of **Portage** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | Attempted Sexual Exploitation of Children |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

Timothy E. Edquist, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 02/17/2022

*Judge's signature*

City and state: Akron, Ohio

Amanda M. Knapp, U.S. Magistrate Judge
*Printed name and title*