9/12/22

To the Honorable Judge Adams,

My name is Andrew Drabic and my case is in front of your court. I ask only for a few minutes of your time.

First of all I would like to say I accept full responsibility for the offenses I committed. I am sorry for the pain I have caused and all of the people I have hurt. And I am sorry for all of the very inappropriate things I did and said. I wish I could take away the pain I have caused but I can only hope it can heal. What I have done will weigh on my conscience for the rest of my life as it has done even prior to my arrest. I have already been working on eliminating the hate and want for revenge from my heart to prevent this from happening again. And going forward I will be much more cautious in who I communicate with and I will pay much closer attention to things I am told to avoid being in a similar situation again. This combined with the fact I have no attraction to children will prevent this from happening again. While at CCA I have already done a plethora of courses to help further myself. And I have worked, first on the chow line, and then as a unit porter. Once I get to

the BOP I plan to get a job that will provide skills to use upon my release. I also plan to complete a college degree in business to set myself up for success upon release. I also will get a proper diagnosis and help with my mental heath to heal my brain. Combined with cognative therapy and completing programs while in the BOP this will eliminate any chance of recidivism.

I will do everything I can to ensure that upon release I will be a productive member of society and have a positive impact on the world. Upon release I will not only get a job, I will also find ways to help people and improve society. I firmly believe in spreading kindness and helping others. I will also continue to receive mental heath treatment and therapy to maintain recovery from the struggles I have had with mental health throughout my life. I also will get on a good diet to help my mental and physical health.

I have been blessed throughout my life with amazingly supportive parents. I will lean on them for support throughout my rehabilitation and upon release. I am lucky to have them in my life.

Again I am sorry for all the awful things I have done. I harbor no animosity towards anyone and I hope the pain I have caused can heal quickly. I will do everything in my power to prevent this from happening again, and I would ask for forgiveness, mercy, and most importantly help getting healthy.

Thank you for taking the time to read my letter your Honor.

Sincerely Yours,
Andrew Orabic